UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

RUSSELL ALEXANDER (#466172)            CIVIL ACTION

VERSUS

STATE OF LOUISIANA PAROLE            NO.: 13-00155-BAJ-SCR
BOARD ET AL.

## RULING AND ORDER

On October 22, 2013, the United States Magistrate Judge issued a Report and Recommendation, pursuant to 28 U.S.C. § 636(b)(1), recommending that Plaintiff Russell Alexander's complaint be dismissed without prejudice for failure to pay the court's filing fee. (Doc. 9.) On August 5, 2013, Plaintiff was ordered to pay an initial partial filing fee by August 29, 2013. (Doc. 6.) Plaintiff did not pay the fee. The Magistrate Judge subsequently issued a show cause order on September 27, 2013 to ascertain why the Court should not dismiss Plaintiff's complaint for failure to pay the fee. (Doc. 7.) Plaintiff filed a timely response to the show cause order on October 4, 2013. (Doc. 8.) However, his response did not address the issue of the filing fee, nor did it comply with the Magistrate Judge's order to produce his inmate account statements.

The Magistrate Judge's Report and Recommendation specifically notified Plaintiff that, pursuant to 28 U.S.C. § 636(b)(1), he had fourteen (14) days from the date he received the Report and Recommendation to file written objections to the proposed findings of fact, conclusions of law, and recommendations therein. (Doc. 9, at

1.) A review of the record indicates that Plaintiff did not file a memorandum in opposition to the Magistrate Judge's Report and Recommendation.

Having carefully considered the Magistrate Judge's Report, the record, and the applicable law, the Court concludes that the Magistrate Judge's Report is correct, and hereby adopts its findings of fact, conclusions of law, and recommendation.

Accordingly,

**IT IS ORDERED** that the **Magistrate Judge's Report (Doc. 9)** is **ADOPTED** as the Court's opinion herein.

**IT IS FURTHER ORDERED** that the above captioned matter be **DISMISSED, without prejudice**, for failure to pay the Court's filing fee.

Baton Rouge, Louisiana, this 13th day of November, 2013.

BRIAN A. JACKSON, CHIEF JUDGE
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA